JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN RUI GROUP, INC., a California corporation,<br><br>           Plaintiff,<br><br>   vs.<br><br>XPEDX, an Ohio corporation; and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No. CV 10-2727-DMG (MANx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [9]** |

Based on the Stipulation for Dismissal of Entire Action With Prejudice Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure filed by plaintiff Jin Rui Group, Inc. ("Jin Rui") and defendant International Paper Company, doing business as xpedx ("International Paper") (Jin Rui and International Paper are collectively the "Parties") for dismissal of the entire action with prejudice,

/ / /
/ / /
/ / /
/ / /
/ / /

1  **IT IS HEREBY ORDERED** as follows:

2  Plaintiff Jin Rui Group,, Inc.'s complaint is dismissed with prejudice in its
3  entirety; and

4  Each of the Parties shall bear its own attorneys' fees and costs in connection
5  with this action.

8  Dated:  _March 1, 2011_____

  _____
  DOLLY M. GEE
  UNITED STATES DISTRICT JUDGE

ORDER RE DISMISSAL